1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11
   AHMED AWAD,                              )
12                                          )  No. C 09-3180 WHA
                Plaintiff,                  )
13                                          )
           v.                               )  **STIPULATION TO DISMISS and**
14                                          )  **[PROPOSED] ORDER**
   ERIC HOLDER, Attorney General of the     )
15 United States; JANET NAPOLITANO,         )
   Secretary of the Dpartment of Homeland   )
16 Security, JONATHAN SCHARFEN, Director    )
   of United States Citizenship and Immigration )
17 Services, et al.,                        )
                                            )
18              Defendants.                 )
                                            )
19

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28

Stipulation to Dismiss
C 09-3180 WHA                        1

Plaintiff, by and through his attorney, and Defendants, by and through their attorneys, hereby stipulation to dismissal of the above-captioned action, pursuant to Fed. R. Civ. P. 41(a).

The parties shall bear their own costs and fees.

Dated: October 21, 2009               Respectfully submitted,

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney

                                         _____/s/_____
                                         ILA C. DEISS[1]
                                         Assistant United States Attorney
                                         Attorneys for Defendants

Dated: October 20, 2009               _____/s/_____
                                         SHAH PEERALLY
                                         HASAN ABDULLAH
                                         Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   October 21, 2009.

                                         IT IS SO ORDERED
                                         Judge William Alsup

_____

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C 09-3180 WHA                                  2